Andrew Robinson Johnson  IV
Plauche, Smith & Nieset
P. O. Box 1705
Lake Charles LA 70602

James R. Nieset
Plauche, Smith, & Nieset
P.O. Drawer 1705
Lake Charles LA 70602-0000


**REHEARING ACTION: February 25, 2009**

**Docket Number: 08   00636-CA**

**MARK MEARS, INDIV., ET AL.**
**VERSUS**
**MARK A. STANLEY, ET AL.**

**Appealed from Calcasieu Parish Case No. 2006-960**

**BEFORE JUDGES:**

   **Hon. John D. Saunders**
   **Hon. James T. Genovese**
   **Hon. Shannon J. Gremillion**


As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Louisiana Escort and Permit Service, Inc. and State Farm**

**Mutual Automobile Insurance Company** has this day been

   **GRANTED.**
   Saunders, J., would deny.

The Motion to Supplement the Appellate Record filed by **Louisiana Escort and Permit**

**Service, Inc. and State Farm Mutual Automobile Insurance Company** has this day

been

   **DENIED.**

   Briefing is ordered by the Court.  The following briefing schedule is established
   and no extensions will be granted:

   Appellant's brief is due on or before:  03/09/09
   Appellee's brief is due on or before:  03/19/09

   This case is set for oral argument on March 25, 2009 @ 11:00 a.m.


cc:    Allen J. Mitchell  II, Counsel for the Appellee
       James L. Maughan, Counsel for the Appellant

**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**